In the Matter of 184 REALTY CORPORATION, Respondent. NATIONAL UNIFORM COMPANY, INC., et al., Appellants.

Argued January 9, 1952; decided January 24, 1952.

*Harry G. Anderson* and *Mortimer Schwartz* for appellants.
*Nathaniel T. Helman* and *Bernard H. Kayden* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.